NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIESE LICHTTECHNIK VERTRIEBS GMBH, AND HANS-WERNER BRIESE,**
*Plaintiffs-Cross-Appellants,*

**v.**

**BRENT LANGTON, B2PRO, KEY LIGHTING, INC., SERGIO ORTIZ, AND EDWARD C. SCHEWE,**
*Defendants-Appellants.*

---

2014-1253, -1265

---

Appeals from the United States District Court for the Southern District of New York in No. 1:09-CV-09790-SC-MHD, Trial Judge Samuel Conti.

---

## JUDGMENT

---

GARY SERBIN, Hogan Lovells US LLP, of New York, New York, argued for plaintiffs-cross-appellants. With him on the brief were ERIC J. LOBENFELD, NICOLE NUSSBAUM; and FREDERICK LIU of Washington, DC.

EDWARD C. SCHEWE, Schewe & Associates, of Manhattan Beach, California, argued for defendants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 9, 2015 
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court